IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **06-cv-1921-AP**

**TRACIE TAYLOR,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

This matter is before the Court on Defendant's Unopposed Motion to Remand (doc. #10), filed December 18, 2006 This Court has reviewed the file and considered the motion. It is hereby

**ORDERED** that the motion is **GRANTED**.  This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence **six** of 42 U.S.C. § 405(g).

Dated:  December 18, 2006

                                          BY THE COURT:

                                          *S/John L. Kane*
                                          JOHN L. KANE, SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT