IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-1921-AP**

**TRACIE TAYLOR,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Defendant's Motion to Reopen (doc. #12), filed January 9, 2007, is GRANTED.  This case is reopened for review by the court.  The parties have already received the Minute Order regarding preparation of the Joint Case Management Plan, which is now due January 29, 2007.

Dated:   January 9, 2007