IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **06-cv-1921-AP**

**TRACIE TAYLOR,**

      Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

      Defendant.

---

**ORDER**

---

Kane, J.

This matter is before the Court on Plaintiff's Motion for Reconsideration and Response to Defendant's Motion to Dismiss (doc. #17), filed January 10, 2007.  The Court has considered the motion, the response, and the reply.  It is

ORDERED that the motion is GRANTED over Defendant's objection.  The remand, irrespective of reference to sentence six, was for a *de novo* hearing.  Given the additional claims filed with the agency during the pendency of this appeal and the fact that the delay in pursuing this appeal was due to the agency's loss of record tapes, it is in the interest of fairness and judicial economy that the Commissioner be held to her agreement to remand plaintiff's claims for *de novo* review, hopefully in conjunction with plaintiff's new claims. The Motion for Reconsideration is granted and this case is REMANDED for *de novo* review. The government's request for an additional 30 days to clarify its position with the agency appeals council is denied.

Dated: January 24, 2007

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT